# United States District Court
## For The Western District of North Carolina
## Statesville Division

STEVEN G. KELLY,

              Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:04CV71-1-V

UNITED STATES OF AMERICA,

              Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007, Order.

                  Signed: November 5, 2007

                  Frank G. Johns, Clerk
                  United States District Court